Mary DeRobertis, Respondent, v. Paul DeRobertis, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

Garry McGee, as Administrator, etc., of Catherine G. McGee, Deceased, Appellant, v. Massachusetts Mutual Life Insurance Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

The People of the State of New York ex rel. James J. Archer, Appellant, v. Joseph H. Brophy, Esq., Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Motion for a reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

The People of the State of New York ex rel. The New York Central Railroad Company, Respondent, v. Edward B. Jerzewski and Others, as Assessors of the Town of Cheektowaga, Erie County, N. Y., Appellants.— Motion for a reargument denied. [See 261 App. Div. 1039.] Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

The People of the State of New York ex rel. The New York Central Railroad Company, Respondent, v. Isadore J. Mazurowski and Others, as Assessors of the Town of Cheektowaga, Erie County, N. Y., Appellants.— Motion for a reargument denied. [See 261 App. Div. 1039.] Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

The People of the State of New York ex rel. Martin Prisament, Appellant, v. Joseph H. Brophy, Esq., Warden of Auburn State Prison, Auburn, N. Y., Respondent.— Motion of respondent for leave to appeal to the Court of Appeals granted and question for review certified and stay pending appeal to the Court of Appeals granted. [See 261 App. Div. 495.] Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

James R. L. Cole, Appellant, v. George D. Ackerson and Anna Ackerson, Respondents, Allen E. Cole and Others, Defendants, and Charles A. Cole, Appellant.— Motion for a reargument denied, with ten dollars costs. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

Sheldon Thompson, Jr., as Receiver of All the Rents and Profits Issuing Out of Premises Known as Nos. 23–27 East Huron Street, in the City of Buffalo, New York, Respondent, v. The Brunswick-Balke-Collender Company, Appellant.— Motion for a reargument denied, with ten dollars costs. Motion to amend order of reversal denied. [See 261 App. Div. 1051.] Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of Frank S. Nicholson, an Attorney and Counselor at Law, Respondent.— Two charges dismissed and one charge sustained, referee's report confirmed and order entered censuring respondent. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of Fred S. Withey, an Attorney — Application for termination of suspension granted. [See 252 App. Div. 719.] Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.